UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61022-CIV-ZLOCH

CO-PATENT OWNERS # U.S.
6,889,615,

      Plaintiffs,

**ORDER TRANSFERRING ACTION TO THE
UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN**

vs.

STATE OF MICHIGAN et al.,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Amended Report And Recommendation (DE 9) filed herein by United States Magistrate Judge Lurana S. Snow.  The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

    Plaintiffs filed this suit alleging several causes of action against the state of Michigan and others.  They sought to proceed in forma paupersis under 28 U.S.C. § 1915A, and the Court referred Plaintiffs' Motion (DE 2) to Magistrate Judge Snow for a Report and Recommendation concerning the same.  In the Report, Judge Snow does not reach the merits of Plaintiffs' Motion and instead recommends that this suit proceed in the Eastern District of Michigan.

    It is unclear from Plaintiffs' filings whether they are a corporation or whether these are individual Plaintiffs suing the Defendants.  Further, several quixotic filings by Plaintiffs suggest that their claims are frivolous.  See DE Nos. 1, 6, & 12. While these issues remain unaddressed, it is clear that there is no reason for this case to proceed in the Souther District of Florida. Therefore, the Court adopts the Report and Recommendation of

Magistrate Judge Snow and directs the Clerk of this Court to transfer this case to the Eastern District of Michigan to determine whether Plaintiffs may proceed in forma pauperis on their claims.

Further, Plaintiffs have filed what the Court construes as an Objection (DE 12) to the Report and Recommendation of Magistrate Judge Snow. The Court finds no merit to their objections.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Objections (DE 12) filed by Plaintiffs be and same are hereby **OVERRULED**;

2. That the Report And Recommendation (DE 9) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, adopted, and ratified by the Court;

3. The Clerk of the Court is **DIRECTED** to take all necessary steps and procedures to effect the expeditious transfer of the above-styled cause to the United States District Court for the Eastern District of Michigan for all further proceedings.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of August, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

Clerk of the Court
United States District Court
For the Eastern District of Michigan

All Parties and Counsel of Record